**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jona Harvey | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 23-11145 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC7, Asset Backed Certificates, Series 2005-AC7 and index same on the master mailing list.

    Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
26 Apr 2023, 17:46:19, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322